**Motion Granted; Affirmed and Memorandum Opinion filed March 10, 2022.**



In The

# Fourteenth Court of Appeals

### NO. 14-21-00286-CR

**RYAN RYDELL BONNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 122nd District Court
Galveston County, Texas
Trial Court Cause No. 19-CR-1881**

### MEMORANDUM OPINION

Appellant appeals his conviction for retaliation. Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). On December 1, 2021, appellant filed a pro se response to counsel's brief.

We have carefully reviewed the record, counsel's brief, and appellant's pro se response and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

The judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Wise, Poissant and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b).